IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | § § § § | No. 446, 2019 |
| Plaintiff Below, Appellant, | § § § | Court Below: Superior Court of the State of Delaware |
| v. | § § | C.A. No. N18C-04-313 |
| NEWARK RECYCLING CENTER, | § § | |
| Defendant Below, Appellee. | § § § | |

Submitted: April 22, 2020
Decided: April 27, 2020

Before **VALIHURA, VAUGHN,** and **TRAYNOR**, Justices.

**O R D E R**

This 27th day of April, 2020, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its September 26, 2019 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice